**Opinion issued February 26, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00837-CV

————————————

**ALMA JEAN BASS, Appellant**

**V.**

**DEBORAH BASS, INDEPENDENT EXECUTRIX OF THE ESTATE OF ROBERTA LOIS STANBROUGH, DECEASED, Appellee**

On Appeal from the County Court at Law No. 2
Fort Bend County, Texas
Trial Court Case No. 16-CPR-029294

## MEMORANDUM OPINION

Appellant, Alma Jean Bass, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief). After being notified that this appeal was subject to dismissal, appellant has not responded. *See* TEX. R. APP. P. 38.8(a)

(governing failure of appellant to file brief); 42.3(b) (allowing involuntary dismissal of case). And, based on appellant's failure to file a brief, appellee, Deborah Bass, Independent Executrix of the Estate of Roberta Lois Stanbrough, Deceased, has filed a motion to dismiss the appeal or, alternatively, affirm the trial court's judgment. *See* TEX. R. APP. P. 38.8(a); 42.3(b). More than ten days have passed, and appellant has not responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant appellee's motion and dismiss the appeal for want of prosecution for failure to file a brief. *See* TEX. R. APP. P. 42.3(b), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.